**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF MICHIGAN**

| | |
|---|---|
| HANNA HACKBARDT § | |
| § | Case No. 1:17-cv-1113 |
| Plaintiff § | |
| § | |
| -v- § | |
| § | Hon. Janet T. Neff |
| MIDLAND FUNDING, LLC, § | |
| § | |
| § | |
| Defendant. § | |

**JOINT NOTICE OF SETTLEMENT**

NOW COME Plaintiff, Hanna Hackbardt, and Defendant Midland Funding, LLC, through their respective Counsel and for their Joint Notice of Settlement, state as follows:

The parties have agreed to settle this lawsuit and intend to file a Stipulation of Dismissal with Prejudice no later than June 29, 2018. Please remove all future hearings from the Court's Docket, including the early settlement conference set for Friday, June 15 at 2:00 p.m..

Date: 6/13/18                                          Date: 6/13/18

*/s/  Jeffrey D. Mapes*                          */s/  Theodore W. Seitz*
Jeffrey D. Mapes (P70509)                Theodore W. Seitz (P60320)
Jeffrey D. Mapes PLC                         Dykema Gossett PLLC
Attorney for Plaintiff                            Attorneys for Defendant