UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

HANNA HACKBARDT,

    Plaintiff,

v.

MIDLAND FUNDING, LLC and
MIDLAND CREDIT MANAGEMENT, INC.,

    Defendants.
_____/

Case No. 1:17-cv-1113

HON. JANET T. NEFF

## ORDER

This Court having been informed through the filing of the Joint Notice of Settlement (ECF No. 33) of Plaintiff and Defendant Midland Funding, LLC's agreement to settle this matter:

**IT IS HEREBY ORDERED** that appropriate dismissal papers, prepared by counsel for entry by Janet T. Neff, United States District Judge, shall be filed with the Court no later than June 29, 2018.

**IT IS FURTHER ORDERED** that the June 15, 2018 early settlement conference before Magistrate Judge Ellen S. Carmody is CANCELLED.

Dated: June 13, 2018

    /s/ Janet T. Neff
    JANET T. NEFF
    United States District Judge